

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00623-CV

Richard **RAMIREZ** Jr. and Amanda Aleman,
Appellants

v.

**WILMINGTON SAVINGS FUND SOCIETY2, FSB**, d/b/a Christiana Trust, as Trustee for
the CSMC 2017-FHA1 Trust, Mortgage-Backed Notes, Series 2017-FHA1,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04630
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is
DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are not assessed against
appellants because they qualify as indigent.

SIGNED April 2, 2025.

_Irene Rios_
Irene Rios, Justice